## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

**UNITED STATES OF AMERICA**

**v.**                                              **Case No. 8:24-cr-370-VMC-AEP-2**

**ADISON DANIEL LOPEZ**
**RAMIREZ.**

_____/

### UNOPPOSED MOTION FOR STAND IN COUNSEL

The Defendant, Adison Daniel Lopez Ramirez, by and through his

attorney, moves for leave of court to permit Assistant Federal Public Defender

Jacklyn Isaacs-Bacallao to appear on his behalf as stand in counsel for the

upcoming status conference that's scheduled for August 6, 2026, at 9:30 am. Doc.

138. Counsel is unable to attend the hearing and will be out of the office on

preapproved leave.

Respectfully submitted,
Charles L. Pritchard, Jr.
Federal Public Defender

_/s/ Stephen Consuegra_____
Assistant Federal Public Defender
Florida Bar No. 105816
400 N Tampa St, Suite 2700
Tampa, FL 33602
Phone: (813) 228-2715
Fax: (813) 228-2562
E-mail: stephen_consuegra@fd.org

1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on August 4, 2026, a true and correct copy of the

foregoing was furnished using the CM/ECF system with the Clerk of the Court,

which will send notice of the electronic filing to the following:

AUSA Daniel Baeza.

*/s/ Stephen Consuegra*
Assistant Federal Public Defender
